## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

PERITA R. BAILEY,            )
                                 )
      Plaintiff,         )        Case No.  3:11-0658
                                 )        Chief Judge Haynes
v.                            )
                                 )
METRO HEALTH DEPARTMENT,   )
                                 )
      Defendant.      )

## O R D E R

Plaintiff filed this action but has not taken any steps to pursue this action.  Accordingly, pursuant to Local Rule 41.01 this action is **DISMISSED without prejudice**.  Fed. R. Civ. P. 41(b).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _25th_ day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court